IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROWLAND PUGH,

        Plaintiff,

  vs.

CASTLE, et al.,

        Defendants.

1:04-CV-06191-AWI-WMW-P

ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF SUMMONSES AND OTHER SERVICE DOCUMENTS

      Plaintiff Rowland Pugh ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2004, plaintiff filed the complaint upon which this action proceeds. Plaintiff names as defendants Correctional Sergeant Castle, Correctional Officer Corona, and Correctional Officer Fernandez.

      Plaintiff has paid the filing fee in full for initiating this action. Because plaintiff is not proceeding in forma pauperis, it is plaintiff's responsibility to effect service of the summons and complaint on each defendant. The Clerk of the Court will be directed to issue three (3) completed summonses to plaintiff for purposes of service of process. See Federal Rule of Civil Procedure 4.

      Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure 4 within one-hundred twenty (120) days of the date of this order. Plaintiff shall serve a copy of this order on each defendant together with a copy of the summons and complaint.

      The court further advises plaintiff that pursuant to Federal Rule of Civil Procedure 4(d)(2), he may notify each defendant of the commencement of this action and request that the defendant waive service of the summons. The notice and request must be addressed directly to each defendant (not the Attorney General), must be dispatched (mailed) through first-class mail, and must be accompanied by a copy of the complaint. The waiver shall set forth the date on which the request is sent and shall allow defendant at least thirty (30) days in which to return the waiver. Plaintiff is advised to use the

forms entitled "Notice of Lawsuit and Request for Waiver of Service of Summons" and "Waiver of Service." Pursuant to Federal Rule 4(d)(4), the action will proceed as if a summons and complaint had been served when plaintiff files with the court a waiver of service for each defendant, signed by each defendant.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff three (3) completed and issued summonses for the following defendants:

> **CORRECTIONAL SERGEANT CASTLE**
>
> **CORRECTIONAL OFFICER CORONA**
>
> **CORRECTIONAL OFFICER FERNANDEZ**

2. The Clerk is further directed to send to plaintiff:

    A) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

    B) One (1) conformed copy of the complaint filed on September 2, 2004;

    C) One (1) copy of the form entitled "Waiver of Service;"

    D) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

    E) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure

3. Plaintiff shall complete service of process on defendants within one-hundred twenty (120) days of the date of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on defendants at the time of service of the summons and complaint.

4. Plaintiff's failure to timely complete service of the complaint on the named defendants may result in dismissal of this action. Fed. R. Civ. Pro. 4(m).IT IS SO ORDERED.

**Dated:   May 10, 2005**          /s/  **William M. Wunderlich**
j14hj0                    UNITED STATES MAGISTRATE JUDGE