UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROWLAND D. PUGH,

CV F 04 6191 AWI WMW P

vs

CASTLE, et al.,

ORDER TO SHOW CAUSE RE
DISMISSAL FOR LACK
OF PROSECUTION

_____/

      YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Anthony W. Ishii, U.S. District Judge for dismissal for lack of prosecution.

      YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed. Such affidavits or certificates are to be filed within twenty days of the date of service of this order. Failure to comply will result in dismissal of the action and/or other sanctions.

IT IS SO ORDERED.

Dated:   June 20, 2006          /s/  William M. Wunderlich
j14hj0                          UNITED STATES MAGISTRATE JUDGE

1